**Order entered July 21, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00173-CV

## TAMI DONALD, JERRY MOORE, AND SUMMIT SPRING WATER COMPANY, INC., Appellants

### V.

## BMR DISTRIBUTING, INC., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08127**

### ORDER

Before the Court is appellants' July 19, 2021 unopposed third motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 23, 2021. Because the brief was first due May 24, 2021, we caution appellants that further extension requests will not be granted absent exigent circumstances.

/s/    KEN MOLBERG
         JUSTICE